IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

| | | |
|---|---|---|
| FRANCIS BAUER HARRIS, | ) | |
| Plaintiff, | ) | 2:19-CV-00479-CRE |
| vs. | ) | |
| PENNSYLVANIA DEPARTMENT OF CORRECTIONS, JOHN WETZEL, COMMISSIONER; DORINA VARNER, GRIEVANCE COORDINATOR; SUPERINTENDENT ROBERT GILMORE, DR. JIN BYUNGHAK, TRACY SHAWLEY, CORRECTIONAL CARE SERVICES L.L.C., | ) | |
| Defendants, | ) | |

## ORDER

AND NOW, this 25th day of March, 2020,

Upon consideration of Corrections Defendants' motion to dismiss (ECF No. 7) is granted in part and denied in part. Defendants' motion is granted with respect to all of the claims against the individual Defendants and denied with respect to Plaintiff's ADA claim against Defendant DOC. Defendant DOC shall file an Answer by **May 1, 2020**.

By the Court:

s/ Cynthia Reed Eddy
Chief United States Magistrate Judge