IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

| | | |
|---|---|---|
| FRANCIS BAUER HARRIS, | ) | |
| Plaintiff, | ) | 2:19-CV-00479-CRE |
| vs. | ) | |
| PENNSYLVANIA DEPARTMENT OF CORRECTIONS, JOHN WETZEL, COMMISSIONER; DORINA VARNER, GRIEVANCE COORDINATOR; SUPERINTENDENT ROBERT GILMORE, DR. JIN BYUNGHAK, TRACY SHAWLEY, CORRECTIONAL CARE SERVICES L.L.C., | ) | |
| Defendants, | ) | |

**ORDER**

AND NOW, this 30th day of March, 2020,

Upon consideration of Medical Defendants' motion to dismiss (ECF No. 21), IT IS HEREBY ORDERED that said motion is GRANTED and the claims against the Medical Defendants are dismissed with prejudice.

By the Court:

s/ Cynthia Reed Eddy
Chief United States Magistrate Judge